JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHE ANN ANDERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INC.<br><br>Defendant. | Case No. 8:18-cv-00950-JLS-PJW<br><br>**ORDER REGARDING JOINT STIPULATION REGARDING REMAND** |

The Court, having considered Defendant Equifax Inc.'s ("Equifax") and Plaintiffs' (collectively, "the Parties") August 24, 2018 Joint Stipulation Regarding Remand, hereby **GRANTS** the Parties' Joint Stipulation.

The Court hereby remands the above-entitled action to the Superior Court of California, County of Orange, Case No. 30-02018-00982853-CU-BT-CJC.

**SO ORDERED**, this 29th day of August, 2018.

_____JOSEPHINE L. STATON_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE